```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 10330
   MICHEAL GARY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0357


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/22/2005 and was confirmed 06/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
MARQUETTE CONSUMER FINAN  SECURED          3469.72          199.24         3469.72
IL STATE DISBURSEMENT UN  PRIORITY        15159.46            .00          8179.34
IL STATE DISBURSEMENT UN  PRIORITY         6600.87            .00          3561.51
INTERNAL REVENUE SERVICE  SECURED           405.99            .00           405.99
INTERNAL REVENUE SERVICE  UNSECURED         1527.59            .00             .00
ACC INTERNATIONAL         UNSECURED        NOT FILED          .00             .00
AND FIN NET               UNSECURED        NOT FILED          .00             .00
AND FIN NET               UNSECURED        NOT FILED          .00             .00
AMERICAN FAIR CREDIT ASO  UNSECURED        NOT FILED          .00             .00
AND FIN NET               NOTICE ONLY      NOT FILED          .00             .00
AND FIN NET               NOTICE ONLY      NOT FILED          .00             .00
ROUNDUP FUNDING LLC       UNSECURED         2121.82            .00             .00
CAPITAL ONE BANK          UNSECURED         1179.51            .00             .00
CAVALRY INVESTMENTS       NOTICE ONLY      NOT FILED          .00             .00
CREDIT COLLECTION SERVIC  UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED          .00             .00
COLLECTCORP               UNSECURED        NOT FILED          .00             .00
COMCAST                   UNSECURED        NOT FILED          .00             .00
CREDIT PROTECTION         NOTICE ONLY      NOT FILED          .00             .00
DONALD C DONAGHER         UNSECURED        NOT FILED          .00             .00
GENESIS FINANCIAL SOLUTI  NOTICE ONLY      NOT FILED          .00             .00
MAXIM                     UNSECURED        NOT FILED          .00             .00
MEMBERS ADVANTAGE CREDIT  UNSECURED        NOT FILED          .00             .00
MILLENIUM CREDIT CONSULT  NOTICE ONLY      NOT FILED          .00             .00
MUNICIPAL COLLECTION SER  UNSECURED         3000.00            .00             .00
NATIONAL ACTION FINANCIA  NOTICE ONLY      NOT FILED          .00             .00
NATION CREDIT AUDIT CORP  UNSECURED        NOT FILED          .00             .00
NORTH SHORE AGENCY        UNSECURED        NOT FILED          .00             .00
OSI COLLECTION SERVICES   NOTICE ONLY      NOT FILED          .00             .00
PENTAGROUP                UNSECURED        NOT FILED          .00             .00
PLAZA ASSOCIATES          UNSECURED        NOT FILED          .00             .00
NATIONAL CAPITAL MANAGEM  UNSECURED          349.80            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 10330 MICHEAL GARY
```

```
STUFF                          UNSECURED      NOT FILED            .00              .00
TCF BANK                       UNSECURED      NOT FILED            .00              .00
WOW INTERNET CABLE             UNSECURED         161.18             .00              .00
MARQUETTE CONSUMER FINAN       UNSECURED        3381.70             .00              .00
ROXANNE B JACKSON & ASSO       DEBTOR ATTY     1,900.00                         1,900.00
TOM VAUGHN                     TRUSTEE                                          1,030.20
DEBTOR REFUND                  REFUND                                                .00
```

Summary of Receipts and Disbursements:

------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                18,746.00

PRIORITY                                        11,740.85
SECURED                                          3,875.71
    INTEREST                                       199.24
UNSECURED                                             .00
ADMINISTRATIVE                                   1,900.00
TRUSTEE COMPENSATION                             1,030.20
DEBTOR REFUND                                         .00
                       ---------------       ---------------
TOTALS                 18,746.00                18,746.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE